| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pepper, Pamela | 2. Court or Organization<br><br>United States District Court, E.D. Wisconsin | 3. Date of Report<br><br>01/07/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>     magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>517 E. Wisconsin Ave., Rm. 208<br>Milwaukee, WI 53202 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Ex-officio, director | Eastern District of Wisconsin Bar Association |
| 2. | Member, Board of Directors | American Bankruptcy Institution |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 01/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Dayton Ohio Waldron Inns of Court | 1/17/2017 to 1/18/2017 | Dayton, OH | Bankrutpcy Seminar (speaker) | Flight, meals, hotel room |
| 2. | State Bar of Wisconsin | 3/2/2017 to 3/3/2017 | Kohler, WI | Bankruptcy Seminar (speaker) | Meals, hotel room |
| 3. | American Bankruptcy Institute Annual Spring Meeting | 4/20/2017 to 4/23/2017 | Washington, DC | Bankruptcy Seminar (speaker) | Flight, meals, hotel room |
| 4. | Allegheny County Bar Association | 12/7/2017 to 12/8/2017 | Pittsburgh, PA | Bankruptcy Seminar (speaker) | Flight, meals, hotel room |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 01/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 01/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Penn Mutual Variable Universal Life: Ssg Index 500 Fund | B | Interest | K | T | | | | | |
| 2. Penn Mutual Variiable Universal Life: T. Rowe Price Flexibly Mg'd Fund | B | Interest | K | T | | | | | |
| 3. The Principal Adjustable Life | A | Dividend | K | T | | | | | |
| 4. U.S. Savings Bonds, Series EE | A | Interest | J | T | | | | | |
| 5. PNC Bank Cash Accounts | A | Dividend | J | T | | | | | |
| 6. IRA #2 | | | | | | | | | |
| 7. --Edward Jones Growth Fund of America | B | Dividend | | | Sold | 07/12/17 | J | | |
| 8. --Edward Jones Principal Capital Appreciation Fund | C | Dividend | | | Sold | 07/12/17 | K | | |
| 9. --Edward Jones Principal Equity Income Fund | A | Dividend | | | Sold | 07/12/17 | K | | |
| 10. --Edward Jones Pi SMALLCAP Blend Fund | A | Dividend | | | Sold | 07/12/17 | J | | |
| 11. --Edward Jones Pi Real Estate Securities fund | A | Dividend | | | Sold | 07/12/17 | K | | |
| 12. --Edward Jones Pi Diversified International | B | Dividend | | | Sold | 07/12/17 | J | | |
| 13. --Edward Jones Principal Midcap Fund | D | Dividend | | | Sold | 07/12/17 | L | | |
| 14. Edward Jones--American Funds High Income Muni Bond Fund | A | Dividend | J | T | | | | | |
| 15. Voya 529 Balanced Option Class C | B | Dividend | K | T | | | | | |
| 16. GS FINL Square Govt Fd Instl | A | Dividend | J | T | Buy | 07/13/17 | J | | |
| 17. Bridge Builder Large Value | A | Dividend | K | T | Buy | 07/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 01/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bridge Builder Large Growth | A | Dividend | K | T | Buy | 07/13/17 | K | | |
| 19. Bridge Builder Small/Mid Value | A | Dividend | J | T | Buy | 07/13/17 | J | | |
| 20. Bridge Builder Small/Mid Growth | A | Dividend | J | T | Buy | 07/13/17 | J | | |
| 21. Bridge Builder Core Plus Bond | A | Dividend | J | T | Buy | 07/13/17 | J | | |
| 22. Bridge Builder Intl Equity | A | Dividend | K | T | Buy | 07/13/17 | K | | |
| 23. Hotchkis & Wiley High-Yield | A | Dividend | J | T | Buy | 07/13/17 | J | | |
| 24. IShares Core US Aggregate Bond | A | Dividend | K | T | Buy | 07/13/17 | K | | |
| 25. Spdr DJ Global Real Estate ETF | A | Dividend | J | T | Buy | 07/13/17 | J | | |
| 26. Vanguard Large Cap ETF | A | Dividend | K | T | Buy | 07/13/17 | K | | |
| 27. Vanguard Small Cap ETF | A | Dividend | K | T | Buy | 07/13/17 | K | | |
| 28. Vanguard Value ETF | A | Dividend | K | T | Buy | 07/13/17 | J | | |
| 29. Vanguard FTSE Emerging Market ETF | A | Dividend | J | T | Buy | 07/13/17 | J | | |
| 30. Vanguard FTSE Dev Mkts ETF | A | Dividend | K | T | Buy | 07/13/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 01/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pepper, Pamela | 01/07/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pamela Pepper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544